Randy Curtis BULLOCK, petitioner,
v. BANKCHAMPAIGN, N.A.

No. 11–1518.

Feb. 19, 2013.

Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.